1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
7  Attorneys for Defendants
   WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HUIZAR,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., BANK OF AMERICA, N.A., COMENITY BANK/LANE BRYANT, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND EQUIFAX INFORMATION SERVICES LLC.,<br><br>    Defendant. | Case No. 1:17-CV-00322-LJO-EPG<br><br>**SECOND STIPULATION TO EXTEND RESPONSE DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO INITIAL COMPLAINT; ORDER**<br><br>**Complaint Filed:** March 6, 2017<br>**Complaint Served:** March 8, 2017<br>**Initial Response Date:** March 29, 2017<br>**New Response Date:** May 10, 2017 |

Plaintiff Sandra Huizar ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Defendant") hereby stipulate as follows:

WHEREAS, on March 6, 2017, Plaintiff filed the instant action;

WHEREAS, on March 8, 2017, Defendant was served with the Complaint;

WHEREAS, Defendant's response to the Complaint is currently due on March 29, 2017;

WHEREAS, Defendant, through counsel, requested and Plaintiff, through counsel, granted a 28-day extension of time for Wells Fargo to respond to the Complaint;

WHEREAS, Defendant and Plaintiff are engaged in settlement discussions in an effort to resolve the dispute being litigated in this action;

WHEREAS, Defendant and Plaintiff agree that an additional two-week extension for Wells Fargo to respond to the Complaint will assist the parties in their settlement efforts;

WHEREFORE, Plaintiff and Defendant stipulate as follows:

1. The time for Defendant to respond to the complaint shall be extended by an additional 14 days up to and including May 10, 2017.

2. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: April 25, 2017

SEVERSON & WERSON
A Professional Corporation

By: */s/ Alisa A. Givental*
Alisa A. Givental

Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED: April 25, 2017

LAW OFFICE OF CLARK OVRUCHESKY

By: */s/ Clark Ovruchesky*
Clark Ovruchesky

Attorneys for Plaintiff SANDRA HUIZAR

I, Alisa A. Givental, attest that Clark Ovruchesky, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing. */s/ Alisa A, Givental*

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, Wells Fargo Bank, N.A.'s deadline to respond to plaintiff Sandra Huizar's Initial Complaint is hereby continued to **May 10, 2017**. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

Dated: **April 26, 2017**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE