# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HUIZAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., *et al.,*<br><br>　　　　Defendants. | Case No. 1:17-cv-00322-LJO-EPG<br><br>**ORDER TERMINATING DEFENDANTS EQUIFAX INFORMATION SERVICES LLC AND TRANS UNION LLC**<br><br>(ECF Nos. 38-39) |

　　　　On June 7, 2017, Plaintiff and Defendant Equifax Information Services, LLC filed a stipulation to dismiss Equifax Information Services, LLC with prejudice. (ECF No. 38.)

　　　　On June 8, 2017, Plaintiff and Defendant Trans Union, LLC filed a stipulation dismissing Trans Union, LLC from this case with prejudice. (ECF No. 39.)

　　　　Pursuant to the stipulations, all claims of Plaintiff against Defendants Equifax Information Services, LLC and Trans Union, LLC have been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

　　　　The Clerk of the Court is DIRECTED to terminate Equifax Information Services, LLC and Trans Union, LLC as defendants in this case.

IT IS SO ORDERED.

　　　Dated: __**June 12, 2017**__　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE