# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HUIZAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., *et al.,*<br><br>　　　　　Defendants. | Case No. 1:17-cv-00322-LJO-EPG<br><br>**ORDER TERMINATING DEFENDANT COMENITY BANK/ LANE BRYANT**<br><br>(ECF No. 43) |

On July 10, 2017, Plaintiff and Defendant Comenity Bank/ Lane Bryant filed a stipulation to dismiss Comenity Bank/ Lane Bryant with prejudice. (ECF No. 43.) Pursuant to the stipulations, all claims of Plaintiff against Defendant Comenity Bank/ Lane Bryant has been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is DIRECTED to terminate Comenity Bank/ Lane Bryant as a defendant in this case.

IT IS SO ORDERED.

　　Dated: **July 11, 2017**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE