# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SANDRA HUIZAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., BANK OF AMERICA, N.A., COMENITY BANK/ LANE BRYANT, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00322-LJO-EPG<br><br>Hon. District Judge Lawrence J. O'Neill<br>Hon. Magistrate Judge Erica P. Grosjean<br><br>**ORDER APPROVING STIPULATION TO DISMISS COMPLAINT AS AGAINST COMENITY BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**Hearing:** [No Hearing Required] |

The Court having considered the *Stipulation to Dismiss Complaint as Against Comenity Bank Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiff* Sandra Huizar ("Plaintiff") and *defendant* Comenity Bank (erroneously sued as Comenity Bank/Lane Bryant) ("Comenity"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice* as against Comenity.

///

///

**ORDER ON STIPULATION TO DISMISS COMPLAINT AS AGAINST COMENITY BANK**

619209.1

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between Plaintiff and Comenity.

IT IS SO ORDERED.

Dated: __**July 12, 2017**__         __/s/ Lawrence J. O'Neill__
                                                             UNITED STATES CHIEF DISTRICT JUDGE