# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HUIZAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>　　　　Defendants. | **Case No. 1:17-cv-00322-LJO-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT BANK OF AMERICA, N.A.**<br><br>(ECF No. 56) |

On September 26, 2017, Plaintiffs and Defendant Bank of America, N.A. filed a stipulation voluntary dismissal of their claims against Defendant Bank of America, N.A. (ECF No. 56). Thus, the claims against Defendant Bank of America, N.A. have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Bank of America, N.A. on the docket.

IT IS SO ORDERED.

　Dated:　**September 26, 2017**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1