*C.O. LAW, APC*
*Clark Ovruchesky, Esq. (SBN: 301844)*
*co@colawcalifornia.com*
*750 B. Street, Suite 3300*
*San Diego, California 92101*
*Telephone: (619) 356-8960*
*Facsimile: (619) 330-7610*

*Attorneys for Plaintiff,*
*Sandra Huizar*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HUIZAR,<br>   Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., BANK OF AMERICA, N.A., COMENITY BANK/ LANE BRYANT, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC;<br>   Defendants. | CASE NO. 1:17-cv-00322-LJO-EPG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**(ECF No. 60)** |

  Plaintiff Sandra Huizar ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree that Plaintiff's claims against Experian should be dismissed, with prejudice, with Plaintiff and Experian to each bear their own costs and attorneys' fees. The Parties agree that this Court can proceed to dismiss Defendant Experian, with prejudice, from this action.

               *Respectfully submitted,*

*Date: November 8, 2017*      /s/ _____
               *Clark Ovruchesky, Esq.*
               *C.O. LAW, APC*
               *750 B. Street, Suite 3300*
               *San Diego, CA  92101*
               *Telephone:  (619) 356-8960*
               *Fax:  (619) 330-7610*
               *E-Mail:  co@colawcalifornia.com*
               *Counsel for Sandra Huizar*

*Date: November 8, 2017*      /s/ _____

| | |
|---|---|
| 1 | *Jennifer Sun, Esq.* |
| 2 | *Jones Day* |
| | *3161 Michelson Drive, Suite 800* |
| 3 | *Irvine, CA 92612* |
| | *Telephone: (949) 851-3939* |
| 4 | *Fax: (949) 553-7539* |
| 5 | *E-Mail: jennifersun@jonesday.com* |
| 6 | *Counsel for Experian Information Solutions, Inc.* |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ORDER**

On November 8, 2017, the parties filed a stipulation voluntary dismissal of Defendant Experian Information Solutions, Inc. with prejudice. (ECF No. 60). Thus, the claims against Defendant Experian Information Solutions, Inc. have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Experian Information Solutions, Inc. on the docket. Plaintiff Sandra Huizar and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: **November 9, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE