C.O. LAW, APC
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

Attorneys for Plaintiff,
Sandra Huizar

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HUIZAR,<br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., BANK OF AMERICA, N.A., COMENITY BANK/ LANE BRYANT, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC;<br>    Defendants. | CASE NO. 1:17-cv-00322-LJO-EPG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WELLS FARGO BANK, N.A.**<br><br>**ORDER TO CLOSE CASE** |

Plaintiff Sandra Huizar ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("WFBNA") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree that Plaintiff's claims against WFBNA should be dismissed, with prejudice, with Plaintiff and WFBNA to each bear their own costs and attorneys' fees. The Parties agree that this Court can proceed to dismiss Defendant WFBNA, with prejudice, from this action.

*Respectfully submitted,*

Date: December 5, 2017     /s/
                                     *Clark Ovruchesky, Esq.*
                                     *C.O. LAW, APC*
                                     *750 B. Street, Suite 3300*
                                     *San Diego, CA 92101*
                                     *Telephone: (619) 356-8960*
                                     *Fax: (619) 330-7610*
                                     *E-Mail: co@colawcalifornia.com*
                                     *Counsel for Sandra Huizar*

Date: December 5, 2017     /s/

| | |
|---|---|
| 1 | *Alisa A. Givental* |
| 2 | *Severson & Werson, APC* |
| | *One Embarcadero Center, 26th Floor* |
| 3 | *San Francisco, CA 94111* |
| | *Telephone: (415) 677-5503* |
| 4 | *Fax: (415) 956-0439* |
| 5 | *E-Mail: aag@severson.com* |
| 6 | *Counsel for Wells Fargo Bank, N.A.* |

**ORDER**

On December 5, 2017, Plaintiffs and Wells Fargo Bank, N.A. filed a stipulation voluntary dismissal of Plaintiff's claims against Defendant Wells Fargo Bank, N.A. (ECF No. 56). Thus, the claims against Defendant Wells Fargo Bank, N.A. have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Pursuant to the parties' stipulation, Plaintiff Sandra Huizar and Defendant Wells Fargo Bank, N.A. shall each bear their own costs and attorneys' fees.

By separate stipulations filed previously in this case, all claims against all defendants have been dismissed. (ECF Nos. 41, 44, 57, 61). Accordingly, the Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **December 6, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE